RECEIVED

NOV 16 2022
BY MAIL

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, Mo 63102

Date: Nov 10, 2022

Re: Rhonda Frazier v. The state of Montgomery Alabama et al.
Case No. 4:22-cv-00908-SRC

Dear Clerk of Court:

I Rhonda Frazier, pro se would like to present this letter as a Notice of Appeal and ask the Clerk to send me a 42 U.S.C. 1983 form and the proper form that allow the proper procedure for information from name defendants concerning the death of Terrance Lamarr Frazier. I thank you in advance for your time and patience

Thank You
Rhonda Frazier
Rhonda Frazier
507 Eiler St
Apt A
St. Louis Mo 63111

Rhonda Frazier
509 Eiler St Apt A
St. Louis Mo 63111

RECEIVED
NOV 16 2022
BY MAIL

SAINT LOUIS MO 630
14 NOV 2022 PM 10 L

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth ST
ST. Louis Mo 63102